UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:  
CACCONE, JOSEPH M

Case No. 09-32262 WML

(CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: January 3, 2011

RONALD I. CHORCHES, Trustee  
449 SILAS DEANE HIGHWAY  
WETHERSFIELD, CT 06109  
(860) 563-3955

# EXHIBIT A

Case Name: CACCONE, JOSEPH M
Case Number: 09-32262

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| New Haven Oral & Maillofacial Surgery<br>310 Main Street<br>East Haven, CT 60512 | 4 | $94.13 | | $94.13 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 94.13 |